MEMORANDUM OPINION




No. 04-07-00062-CR



Yvonne Bonnie NARVAEZ,


Appellant



v.



The STATE of Texas,


Appellee



From the 399th Judicial District Court, Bexar County, Texas


Trial Court No. 2003-CR-7814


Honorable Juanita A. Vasquez-Gardner, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: May 16, 2007 


DISMISSED

 Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal. The
motion is granted and this appeal is dismissed. See Tex. R. App. P. 42.2(a). 

 PER CURIAM

Do Not Publish